IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL UNSWORTH, et al., | ) | CASE NO: 5:23-cv-02204 |
| | ) | |
| Plaintiffs | ) | JUDGE PEARSON |
| | ) | |
| v. | ) | |
| | ) | **ORDER REMANDING** |
| | ) | **CASE TO COURT OF COMMON** |
| JEFF GRUBER, | ) | **PLEAS OF PORTAGE COUNTY,** |
| | ) | **OHIO** |
| Defendant | ) | |

This matter came before this Court on Plaintiffs', Daniel Unsworth and Gwen Bassett, Motion to Remand. Defendant has stipulated to the Motion.

This Court has the ability to remand a case if there is a lack of subject matter jurisdiction. "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. 1447. Plaintiffs have agreed to jointly limit their total damages to a cumulative and total award of not greater than $75,000.00, less than the required amount listed in 28 U.S.C. 1446, and Defendant has stipulated to the Remand on this basis. The parties have additionally agreed that Defendant shall have until February 7 to respond to the Complaint once the case is remanded.

WHEREFORE, it is ORDERED, ADJUDGED, and DECREED that this case is remanded to the Court of Common Pleas for Portage County. The parties shall ensure that all necessary filings pursuant to 28 U.S.C. §1446 & §1447 are fully met.

IT IS SO ORDERED.

   /s/ *Benita Y. Pearson* on 1/18/2024
JUDGE PEARSON

Approved:

*/s/ Brian D. Kerns*
BRIAN D. KERNS (0037015)
Bonezzi Switzer Polito & Perry Co., LPA
46 Public Square, Suite 230
Medina, Ohio 44256
Phone (330) 952-0440
Fax (330) 952-2981
Email bkerns@bspplaw.com

and

EDWARD D. PAPP (0068574)
Bonezzi Switzer Polito & Perry Co., LPA
1300 East 9th Street, Suite 1950
Cleveland, Ohio 44114
Phone (216) 875-2767
Fax (216) 875-1570
Email epapp@bspplaw.com

**COUNSEL FOR DEFENDANT**

*/s/ David S. Nichol*
DAVID S. NICHOL (#0072194)
RODERICK LINTON BELFANCE, LLP
50 S. Main St., 10th Floor
Akron, OH 44308
(330) 434-3000 – Phone
(330) 434-9220 – Fax
dnichol@rlbllp.com